UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-CR-00103-LRH-VPC |
| Respondent/Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| RYAN MILLS, | ) | |
| | ) | July 19, 2013 |
| Petitioner/Defendant. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR RESPONDENT/PLAINTIFF:         NONE APPEARING

COUNSEL FOR PETITIONER/DEFENDANT:         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Petitioner/Defendant's First Unopposed Motion for Extension of Time to File Reply to Government's Response (#38)[1]. Given that the briefing schedule established by Minute Order #35 does indeed take precedent over the automated docket entry date,

IT IS HEREBY ORDERED that Petitioner/Defendant's reply in support of his Motion to Vacate (#32) shall be filed with the court on or before Friday, July 26, 2013.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
       Deputy Clerk

---

[1] Refers to court's docket number.